**Order entered November 13, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-01459-CV

### SANTANDER CONSUMER USA, INC., Appellant

### V.

### PALISADES COLLECTION LLC, Appellee

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-11-14916**

## ORDER

We **GRANT** appellant's November 1, 2013 motion for substitution of counsel. We **DIRECT** the Clerk of the Court to substitute Gregg D. Stevens, Stephanie Laird Tolson, and Aimee Szygenda with the law firm of McGlinchey Stafford as counsel of record for appellant in the place of Frank Alvarez, Brent W. Martinelli, and Andrew L. Petersen with the law firm of Hermes Sargent Bates, LLP. We further **DIRECT** the Clerk of this Court to designate Gregg D. Stevens as lead counsel.

/s/ ELIZABETH LANG-MIERS
JUSTICE